**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 155 EAL 2018

              Respondent   :

                     :   Petition for Allowance of Appeal from
                     :   the Order of the Superior Court

            v.               :

                     :

RADAMES SANABRIA,           :

                     :

              Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.